**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

BARBARA MOTT, on behalf of herself and
all others similarly situated,

        Case No. 8:18-cv-275-T-35AAS

    Plaintiff,

v.

SYNCHRONY BANK,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action --- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Barbara Mott
    Robert W. Murphy, Esq.
    Beth E. Terrell, Esq.
    Adrienne D. McEntee, Esq.
    Synchrony Bank

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known at present time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None known at present time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Barbara Mott

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

/s/ Robert W. Murphy
Florida Bar No.:717223
1212 SE 2nd Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 763-8660
Facsimile: (954)763-8607
E-mail: rwmurphy@lawfirmmurphy.com

Beth E. Terrell, Esq.
Adrienne D. McEntee, Esq.
TERRELL MARSHALL LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
E-mail: bterrell@terrellmarshall.com
E-mail: amcentee@terrellmarshall.com
(To be admitted *pro hac vice*)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being furnished, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

*Hand-delivery via service of process*

Synchrony Bank
c/o employee authorized to accept service
200 Crossing Boulevard, Suite 101
Bridgewater, New Jersey  08807

                                            */s/ Robert W. Murphy*
                                            Attorney